# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TY RUTH, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-1371 |
| : | |
| THE HOME DEPOT, : | |
|     Defendant. : | |

## ORDER

**AND NOW**, this 20th day of August, 2025, upon consideration of Plaintiff Ty Ruth's Amended Complaint (Doc. No. 12), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Ruth's Amended Complaint is **DISMISSED** as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                      **BY THE COURT:**

                      **/s/ Karen Spencer Marston**
                      **KAREN SPENCER MARSTON, J.**